UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-239-RGK (KK) | Date | January 22, 2016 |
|---|---|---|---|
| Title | Johnathon Ramos v. Joe Lizzaraga | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed

On January 4, 2016, "petitioner" Johnathon Ramos ("Petitioner") constructively filed[1] a Motion for Stay and Abeyance so he could exhaust his state court remedies. ECF Docket No. ("Dkt.") 1. It appears from the Motion for Stay that Petitioner intended to file a Petition concurrently with his Motion. Id. at ¶ 2. However, there has not been a Petition filed with the Court in this matter.

Under Article III of the Constitution, federal courts may only adjudicate cases or controversies, and may not issue advisory opinions. U.S. Nat'l Bank v. Independent Ins. Agents of Am., Inc., 508 U.S. 439, 446, 113 S. Ct. 2173, 124 L. Ed. 2d 402 (1993). Because Petitioner has not actually filed a federal habeas petition challenging his conviction or sentence, there is no case or controversy properly before the Court. See Thomas v. California, No. CV 10-00348 AHM (RZ), 2010 WL 373664, at *2 (C.D. Cal. Jan. 28, 2010) (holding that no case or controversy exists where a prisoner not facing execution files a pre-petition motion for appointment of counsel). The Court therefore lacks jurisdiction to consider Petitioner's Motion for Stay.

Hence, Petitioner is ordered to file a written response to this Order or a Petition **no later than February 12, 2016**. The Court warns Petitioner failure to timely file a response to this Order will result the Court dismissing this action with prejudice for failure to prosecute and comply with court orders. See Fed. R. Civ. P. 41(b). **A blank petition for writ of habeas corpus by a person in state custody form (CV-69) is**

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the Court deems the pleading constructively filed on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-239-RGK (KK) | Date | January 22, 2016 |
|---|---|---|---|
| Title | Johnathon Ramos v. Joe Lizzaraga | | |

**attached for Petitioner's convenience.**

**The Clerk of Court is directed to serve a copy of this Order on Petitioner at his current address of record.**

Clerk's Initials <u>dts</u>