JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON RAMOS,<br><br>              Petitioner,<br><br>   v.<br><br>JOE LIZZARAGA, Warden,<br><br>             Respondent. | Case No. CV 16-239-RGK (KK)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Denying Request for Stay and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that the Motion for Stay is DENIED and this action is DISMISSED without prejudice.

Dated: March 09, 2016

*Gary Klausner*

THE HONORABLE R. GARY KLAUSNER
United States District Judge